# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MALOVANI, an Individual; and PATRICK MURRAY, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN S. DOE, an Individual; HARVEST PRODUCTIONS, LTD., a California corporation; YOUR PHOTO ON CANVAS, LLC, a California limited liability company; and DOES 1 through 15, inclusive, <br><br> Defendants. | **CASE NO. SACV11-0787 AG (MLGx)** <br><br> The Hon. Andrew J. Guilford, Courtroom 10-D <br><br><br> **JUDGMENT ON JURY VERDICT** |

This action came on regularly for trial on March 5, 2013, in Courtroom 10-D of the United States District Court for the Central District of California in Santa Ana, California, the Honorable Andrew J. Guilford presiding. Plaintiffs Adam Malovani and Patrick Murray were represented by Robert M. Gilchrest, Patrick M. Maloney, and Amy S. Russell. Defendants Johns S. Doe, Harvest Productions, Ltd., and Your

Photo On Canvas, LLC were represented by Roger N. Behle and Peter J. Bezek.

Pursuant to the jury's verdict reached on March 14, 2013, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Adam Malovani and Patrick Murray and against John S. Doe on Adam Malovani and Patrick Murray's claim for breach of contract. Adam Malovani is awarded $1,360,000 in compensatory damages against John S. Doe on said claim. Patrick Murray is awarded $170,000 in compensatory damages against John S. Doe on said claim.

2. Judgment is entered for Adam Malovani and against John S. Doe on Adam Malovani's claim for breach of fiduciary duty. Adam Malovani is awarded $144,000 in compensatory damages against John S. Doe on said claim. Judgment is entered for John S. Doe and against Patrick Murray on Patrick Murray's claim for breach of fiduciary duty.

3. Judgment is entered for Adam Malovani and against John S. Doe and Your Photo On Canvas, LLC on Adam Malovani's claim of false designation of origin. Adam Malovani is awarded $0 in compensatory damages against John S. Doe and Your Photo On Canvas, LLC on said claim. Judgment is entered for Harvest Productions, Ltd. on Adam Malovani's claim for false designation of origin.

4. Judgment is entered for John S. Doe and against Adam Malovani on Adam Malovani's claim for fraud in the inducement.

5. The rights of the parties to prevailing party costs and/or attorney's fees shall be determined by subsequent motions of the parties and orders by this Court.

IT IS SO ORDERED.

DATED: May 14, 2013

_____
ANDREW J. GUILFORD
United States District Judge